**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-15-00108-CR**
**No. 05-15-00109-CR**

_____

**ALEXIS MURILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Lang-Miers, Brown, and Schenck

Based on the Court's opinion of this date, we **GRANT** the June 24, 2015 motion of

Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk

of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Alexis Murillo,

TDCJ No. 1977033, Hilltop Unit, 1500 State School Road, Gatesville, Texas, 76598-2996.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE